IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TYRONE FIELDS,

    Plaintiff,

v.                                       CASE NO. 5:09-cv-00298-RS-GRJ

JAMES DEKLE, et al,

    Defendants.

_____/

## O R D E R

Pending before the Court is the Defendants' Consent Motion for Extension of Time to File Answer or Otherwise Respond to the Third Amended Complaint. (Doc. 34.) Defendants Gary Solomon, Hugh Ferguson, James Dekle, and the State of Florida request an extension of time through February 14, 2011 to respond to the Third Amended Complaint. Plaintiff's counsel has been contacted and does not oppose the motion.

Accordingly, it is **ORDERED:**

Defendants' Consent Motion for Extension of Time to File Answer or Otherwise Respond to the Third Amended Complaint (Doc. 34) is **GRANTED**. Defendants Gary Solomon, Hugh Ferguson, James Dekle, and the State of Florida shall file their response to the Third Amended Complaint on or before **February 14, 2011.**

**DONE AND ORDERED** this 8th day of February, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge